**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CARL ANTHONY DUNBAR                    Case No. 8:09-BK-24633-KRM
_____/

**ORDER DISMISSING CONFIRMED CHAPTER 13**
**CASE FOR FAILURE TO MAKE PLAN PAYMENTS**
**(EFFECTIVE DATE OF THIS ORDER IS 14 DAYS FROM THE DATE OF ENTRY)**

THIS CASE came on for consideration for the purpose of entering an appropriate order in this case.  The Court, having reviewed the record, finds that an Order on Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee and Granting Period to Cure Default was entered on December 20, 2010 for reason of the Debtor's delinquency in payments to the Trustee.  The Court has been advised that the Debtor failed to comply with said Order. Therefore, it is,

ORDERED, ADJUDGED AND DECREED as follows:

1.      The Trustee's Motion to Dismiss is now hereby GRANTED and this case be and the same is hereby DISMISSED without prejudice.

2.      That any party in interest may request the Court to examine the fees paid to the attorney for the Chapter 13 Debtor, by filing a motion to examine attorney's fees within ten (10) days from the date of the entry of this Order.

3.      The Trustee shall first disburse all Trust Fund monies held as adequate protection, as provided for in paragraph 6(e) of this Court's previously entered Order Establishing Duties of Trustee and Debtor et seq., entered in this case to those secured creditors provided for in the Debtor's  proposed Chapter 13 Plan and to administrative expense holders. The Trustee shall disburse the Trust Fund monies to the secured creditors either in the amount due or, in the event Trust Fund monies prove insufficient, pro rata.  These monies shall be paid pursuant to the creditor's proof of claim or, in the event a claim was not previously filed, pursuant to the terms of the proposed Plan.

4.      The Trustee shall disburse to creditors any monies not previously

disbursed and file his final report and upon filing of same, shall be discharged of his duties as Trustee.

5.      The Trustee shall deduct from said monies his normal percentage thereof as necessary costs and expenses from sums collected pursuant to 11 U.S.C. §1326 (a) (2), together with any fee, charge or amount required under 28 U.S.C. §123.

6.      The effective date of this Order is delayed 14 days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code if the Debtor wishes to do so.

7.      All pending hearings are hereby canceled, except for any Order to Show Cause hearings the Court has set.

DONE AND ORDERED at Tampa, Florida on _____February 09, 2011_____

_____
K. RODNEY MAY
UNITED STATES BANKRUPTCY JUDGE

* All reference to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Copies to be provided by CM/ECF service.

TES/nc                                              C13T 2/9/11